SCOTT H. FREWING, State Bar No. 191311
BETH L. WILLIAMS, State Bar No. 243585
**BAKER & McKENZIE LLP**
660 Hansen Way
Palo Alto, CA  94304-1044
Telephone: +1 650 856 2400
Facsimile:  +1 650 856 9299
scott.h.frewing@bakernet.com
beth.l.williams@bakernet.com

**E-Filed 10/27/2009**

A. Duane Webber (*Pro Hac Vice* application pending)
**BAKER & McKENZIE LLP**
815 Connecticut Avenue, NW
Washington, DC 20006-4078
Telephone: +1 202 452 7000
Facsimile: +1 202 452 7074
a.duane.webber@bakernet.com

Attorneys for Plaintiff
HEWLETT-PACKARD COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HEWLETT-PACKARD COMPANY, AND CONSOLIDATED SUBSIDIARIES,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | **Case No.  09-02882 JF**<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO FILE CASE MANAGEMENT STATEMENT AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rule 6-1(b), it is hereby stipulated between Plaintiff HEWLETT-PACKARD COMPANY AND CONSOLIDATED SUBSIDIARIES ("Plaintiff"), and Defendant UNITED STATES OF AMERICA ("Defendant"), subject to this Court's approval, that the time to file the Case Management Statement currently due October 16, 2009, will be extended ninety-one days, until January 15, 2010, and the Case Management Conference currently scheduled for October 23, 2009, will be continued ninety-one days, until January 22, 2010.

1.   Plaintiff and Defendant request an order to extend the time to file the Case

1

Case No. 09-02882 JF

Stipulation and Proposed Order to Extend Time

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400

Management Statement and to continue the Case Management Conference because Defendant's time to answer or otherwise respond to the Complaint was extended by stipulation filed August 27, 2009 sixty days, until October 23, 2009.

2.   The Case Management Conference was previously continued from October 20, 2009 to October 23, 2009 by Clerk's Notice filed July 2, 2009 pending reassignment of the case from the Honorable Judge Howard R. Lloyd.  The August 27, 2009 stipulation is the only other time modification in this case.

It is so stipulated and agreed.

Dated:  October 15, 2009                    BAKER & McKENZIE LLP


                                            By:/s/ Scott H. Frewing
                                               Scott H. Frewing
                                               Attorneys for Plaintiff
                                               HEWLETT-PACKARD COMPANY

Dated:  October 15, 2009                    JOSEPH P. RUSSONIELLO
                                            United States Attorney


                                            By: /s/ Jason Bergman

                                               Jason Bergman
                                               U.S. Department of Justice, Tax Division
                                               Attorneys for Defendant
                                               UNITED STATES OF AMERICA


Pursuant to General Order No. 45, Section X(B), Scott H. Frewing hereby attests that the signatory's concurrence in the filing of this document has been obtained.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  10/22/2009
                                            _____
                                            JEREMY FOGEL
                                            UNITED STATES DISTRICT JUDGE

2

Case No. 09-02882 JF

Stipulation and Proposed Order to Extend Time

Baker & McKenzie LLP
660 Hansen Way
Palo Alto, CA  94304
+1 650 856 2400