UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| HEWLETT PACKARD CO., AND CONSOLIDATED SUBSIDIARIES,<br><br>         Plaintiff,<br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>         Defendant. | Case No.: 09-CV-02882-LHK<br><br>ORDER ADMINISTRATIVELY CLOSING CASE |

Pursuant to the parties' joint motion, the Court continued the stay of proceedings in this matter through March 18, 2011 in light of related and continuing litigation in the United States Tax Court. *See* Dkt. #22. The Clerk is directed to ADMINISTRATIVELY CLOSE the case. Within 15 days of completion of the related litigation in the U.S. Tax Court, or if a change in circumstances warrants reopening, either party may file a motion to reopen the matter.

**IT IS SO ORDERED.**

Dated: January 7, 2011

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 09-CV-02882-LHK
ORDER ADMINISTRATIVELY CLOSING CASE